EDWARD HARRIS, PLAINTIFF IN ERROR, v. CONGRESS HALL HOTEL COMPANY, DEFENDANT IN ERROR.

Argued March 18, 1909—Decided June 14, 1909.

On error to the Supreme Court.

For the plaintiff in error, *John W. Wescott.*

For the defendant in error, *Carrow & Kraft.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion of Mr. Justice Trenchard, delivered in the court below.

*For affirmance*—THE CHIEF JUSTICE, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, J.J.   11.

*For reversal*—None.

---

PAUL BADEWITZ, DEFENDANT IN ERROR, v. WEST JERSEY AND SEASHORE RAILROAD COMPANY, PLAINTIFF IN ERROR.

Submitted March 23, 1909—Decided June 14, 1909.

On error to the Supreme Court.

For the plaintiff in error, *Gaskill & Gaskill.*

For the defendant in error, *David O. Watkins.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by Chief Justice Gummere in 46 *Vroom* 268.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, J.J.   14.

*For reversal*—None.

---

CORNELIUS L. COOKE, ADMINISTRATOR, DEFENDANT IN
   ERROR, v. INDEPENDENT TELEGRAPH AND TELE-
   PHONE CONSTRUCTION COMPANY, PLAINTIFF IN
   ERROR.

Argued March 5, 1908—Decided June 14, 1909.

On error to the Supreme Court.

For the plaintiff in error, *Collins & Corbin.*

For the defendant in error, *John W. Ivins* and *Aaron E. Johnston.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion delivered by Mr. Justice Pitney, reported *ante p.* 454.

*For affirmance*—GARRISON, SWAYZE, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL, J.J.   9.

*For reversal*—REED, TRENCHARD, VROOM, J.J.   3.